Commonwealth v. Dively, Appellant.

Submitted June 12, 1967.
Charles Leroy Dively, appellant, in propria persona; Amos Davis, District Attorney, for Commonwealth, appellee.
Order affirmed.

Commonwealth v. Dorman, Appellant.

Argued June 14, 1967. A. Richard Gerber, for appellant; Henry T. Crocker, Assistant District Attorney, with him Richard A. Devlin, Assistant District Attorney, and Richard S. Lowe, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.

Commonwealth v. Enix, Appellant.

Argued June 21, 1967. Paul M. Chalfin, with him Lipschitz & Chalfin, for appellant; Joseph M. Smith, Assistant District Attorney, with him Alan J. Davis, Assistant District Attorney, and Arlen Specter, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.